154 A.3d 687

VINCENT POOLS, INC., PLAINTIFF-RESPONDENT, v. APS CONTRACTORS, INC., AND COLONIAL SURETY COMPANY, DEFENDANTS-PETITIONERS, AND CITY OF JERSEY CITY, DEFENDANT. APS CONTRACTORS, INC., AND COLONIAL SURETY COMPANY, THIRD-PARTY PLAINTIFFS, v. VINCENT POOLS, INC., THIRD-PARTY DEFENDANT, AND POOLSIDE PLASTERING, INC., THIRD-PARTY DEFENDANT, AND ARCH INSURANCE COMPANY, THIRD-PARTY DEFENDANT. AND OTHER RELATED CASES

October 14, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-2670/2688-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.